IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUZANNE E. FEDOR and EUGENE J. FEDOR, Wife and Husband, | : | CIVIL DIVISION |
| | : | |
| Plaintiffs, | : | Civil Action No.: 3:23-cv-296 |
| | : | |
| v. | : | |
| | : | *Electronically Filed* |
| SAM'S EAST, INC. d/b/a SAM'S CLUB, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF REMOVAL

TO: The Honorable Judges of the United States District Court for the Western District of Pennsylvania

This Notice of Removal is filed by Defendant, Sam's East, Inc., asserting as follows:

1. The above-described action was commenced in the Court of Common Pleas of Blair County, Pennsylvania, against Defendant, Sam's East, Inc., d/b/a Sam's Club, by the filing of a Complaint on October 25, 2023. (*See* Complaint attached as Ex. A.)

2. Defendant were served with the Complaint via certified mail on November 7, 2023. (*See* Affidavit of Service attached as Ex. B.)

3. Undersigned counsel entered her appearance on the matter on November 10, 2023. (*See* Praecipe for Appearance attached hereto as Ex. C.)

4. Defendant believes that at the time this action was initially commenced, and at the current time, Plaintiffs were residents Cambria County, Pennsylvania. (*See* Ex. A, Complaint, ¶¶ 1-2).

5. Defendant, Sam's East, Inc., is an Arkansas corporation with a principal place of business in Bentonville, Arkansas. It is not a citizen of the Commonwealth of Pennsylvania.

6. The Complaint seeks an award in excess of the arbitration limits of Blair County ($50,000), but no specific sum is demanded in the Complaint. (*See* Ex. A, Complaint).

7. Among other injuries, it is understood that Plaintiff claims damages for an alleged serious injury including, but not limited to, severe spinal stenosis, low back pain, right leg numbness and weakness, right leg pain, right shoulder pain, and right arm pain, which is alleged to possibly be of a permanent nature and has resulted in alleged damages to include medical expenses, lost wages, pain and suffering, embarrassment and inconvenience, loss of life's pleasures and emotional distress. (*See* Ex. A, Complaint, ¶¶11-12).

8. The request of the undersigned on Plaintiff to cap damages to amount less than the threshold limit for diversity jurisdiction was rejected.

9. Based on these alleged injuries and damages, this matter exceeds the threshold amount of $75,000.00 necessary for diversity jurisdiction.

10. This Notice of Removal is filed within thirty (30) days after Defendant Sam's East, Inc., d/b/a Sam's Club, was served with a copy of Plaintiffs' Complaint on November 7, 2023, which apprised this Defendant of the amount in controversy, and within one (1) year of the commencement of this matter by Plaintiff on October 25, 2023, by the filing of the Complaint; thus, the Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b) (3) and (c).

11. As all of the parties to this action are diverse and the amount in controversy exceeds $75,000, this Court has original jurisdiction under the provisions of 28 U.S.C. §1332 and this case may be removed to this Court by these Defendants pursuant to the provisions of 28 U.S.C. §§1441 and 1446.

WHEREFORE, Defendant, Sam's East, Inc. d/b/a Sam's Club, requests that this action now pending in the Court of Common Pleas of Blair County at No. 2023-3283 be removed to this Honorable Court.

**JURY TRIAL IS DEMANDED.**

Respectfully submitted,

THOMAS, THOMAS & HAFER LLP

Date:  11-5-2023          BY:     /s/ Rebecca Sember Izsak
                                  REBECCA SEMBER IZSAK, ESQUIRE
                                  PA ID No. 74584
                                  rsember@tthlaw.com
                                  U. S. Steel Tower
                                  600 Grant Street, Suite 2600
                                  Pittsburgh, PA  15219
                                  (412) 697-7403
                                  (412) 697-7407 – Facsimile

                                  ***Counsel for Defendant***

7132135.1