IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZANNE E. FEDOR and EUGENE J. FEDOR, Wife and Husband, | CIVIL DIVISION |
| Plaintiffs, | Civil Action No.: 3:23-cv-296 |
| v. | |
| SAM'S EAST, INC. d/b/a SAM'S CLUB, | The Honorable Stephanie L. Haines |
| Defendant. | |

**ORDER ON STIPULATION OF DISMISSAL**

AND NOW, this 21st day of October, 2024, upon Stipulation of the parties, the above-captioned matter is dismissed with prejudice.

By the Court:

_____, J.